IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

Kimberly Carpenter and Kenneth Carpenter,
Plaintiff

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
Defendant

**DEFENDANT'S NOTICE OF REMOVAL**

TO:   PLAINTIFF AND HER ATTORNEY OF RECORD

PLEASE TAKE NOTICE that Defendant American Family Mutual Insurance Company, by and through its counsel, Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

**INTRODUCTION AND BASIS FOR REMOVAL**

1.   American Family Mutual Insurance Company (hereinafter "American Family") is the Defendant in the above titled action, originally filed in the Boulder County District Court, Case No. 2013CV30993. On June 24, 2013, Plaintiffs, Kimberly Carpenter and Kenneth Carpenter, filed a Complaint in Boulder County Court, and served American Family on June 25, 2013. Plaintiffs' Complaint seeks recovery of damages based on American Family's alleged failure to pay underinsured motorist benefits, alleged bad faith breach of contract claims, and alleged violation of

C.R.S. §§ 10-3-1115, 1116. *See* Plaintiffs' Complaint (Exhibit C) and Affidavit of Service (Exhibit D).

2.      Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3.      The present action is between citizens of different states.  Plaintiffs, Kimberly Carpenter and Kenneth Carpenter, are citizens of the state of Colorado.  Plaintiffs' Complaint, ¶¶1-2 (Exhibit C). Defendant, American Family, is a citizen of the state of Wisconsin.  *See* Colorado Secretary of State Summary for American Family Mutual Insurance Company (Exhibit F).

4.      The amount in controversy exceeds $75,000.  Plaintiffs demanded the underinsured motorist policy limits, which exceeded $75,000.  *See* Plaintiffs' Complaint, ¶¶21-22, 30 (Exhibit C).  Plaintiffs are also seeking recovery of extra-contractual damages, which would be in addition to the underinsured motorist coverage.  *See* Plaintiff's Complaint, ¶¶58, 63 (Exhibit C).

5.      Therefore, as the diversity of citizenship and amount in controversy requirement have been met, this Court has original jurisdiction of this matter.  Accordingly, Plaintiffs' action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6.      This Notice of Removal is timely under 28 U.S.C. §1446(b).  American Family has thirty (30) days from the date it was served with Plaintiffs' Complaint to file its Notice of Removal. American Family was served with Plaintiffs' Complaint in this matter on June 25, 2013.  *See* Affidavit of Service (Exhibit D).  Thus, American Family's Notice of Removal is due on July 25, 2013.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7.      Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served upon the Defendant by the Plaintiffs are attached. Undersigned counsel will promptly file a notice with the Boulder County District Court. *See* Notice of Intent to Remove Action to Federal Court Pursuant D.C.Colo.LCivR 81.1 (Exhibit G).  The process, pleadings, and orders are captioned as follows: Summons (Exhibit A); District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint (Exhibit B); Complaint (Exhibit C); Affidavit of Service (Exhibit D); ICCES Case History (Exhibit E), and Order re Defendant's Unopposed Motion for Two Week Enlargement of Time to Respond to Plaintiff's Complaint (Exhibit H).  No trial, hearings, or other proceedings are currently scheduled in the Boulder County District Court.

8.      American Family has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9.      Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the City and County of Denver Clerk in Civil Action No. 2011-CV-2226. *See* Notice of Intent to Remove Action to Federal Court Pursuant D.C.Colo.LCivR 81.1 (Exhibit G).  Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, American Family Mutual Insurance Company respectfully requests that this case be removed from the Boulder County District Court, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 25th day of July, 2013,

        SUTTON | BOOKER | P.C.

        */s/ Scott C. James*_____

        Debra K. Sutton
        Scott C. James
        26 W. Dry Creek Cir., Suite 375
        Littleton, CO 80120
        Telephone: (303) 730-6204
        FAX: (303) 730-6208
        E-Mail: dsutton@suttonbooker.com
        sjames@suttonbooker.com
        ***Attorneys for Defendant,***
        ***American Family Mutual Insurance Company***

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 25th, 2013, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Beth Klein
Carrie Frank
Klein | Frank, P.C.
1909 26th Street, Suite 1C
Boulder, CO 80302

      /s/    Michelle Shypkoski
*A duly signed original is on file at*
*Sutton | Booker | P.C.*