| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, COLORADO**<br>Court Address:<br>1777 Sixth Street P.O. Box 4249, Boulder, CO, 80306-4249 | DATE FILED: July 23, 2013 4:36 PM |
| **Plaintiff(s)** KIMBERLEY CARPENTER et al.<br>v.<br>**Defendant(s)** AMERICAN FAMILY MUTUAL INSURANCE COMPANY | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV30993<br>Division: 3     Courtroom: |
| **Order: Order re Defendant's Unopposed Motion for Two Week Enlargement of Time to Respond to Plaintiff's Complaint** | |

The motion/proposed order attached hereto: SO ORDERED.

Issue Date: 7/23/2013

*DDMallard*

D D MALLARD
District Court Judge

Exhibit H

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br><br>Court Address:<br>1777 Sixth St.<br>Boulder, CO 80302 | |
| Plaintiff: KIMBERLEY CARPENTER and KENNETH CARPENTER<br><br>v.<br><br>Defendant: AMERICAN FAMILY MUTUAL INSURANCE COMPANY | ▲ COURT USE ONLY ▲ |
| | Case Number:<br>2013CV30993<br><br>Div: 3 |
| **PROPOSED ORDER RE DEFENDANT'S <u>UNOPPOSED</u> MOTION FOR TWO WEEK ENLARGMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** | |

  Having come before the Court on Defendant's <u>Unopposed</u> Motion for Two Week Enlargement of Time to Respond to Plaintiff's Complaint, the Court being fully advised in the premise hereby GRANTS the relief requested.

  Defendant shall have an enlargement of time up to and including July 30, 2013 to respond to Plaintiff's Complaint.

  SO ORDERED this _____ day of_____, 2013.

              BY THE COURT:

              _____
              District Court Judge