IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-01986-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:           January 30, 2014 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                              *Counsel:*

KIMBERLY CARPENTER, *et al.*,                    Richard M. Kaudy
                                                                            Beth A. Klein

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL              Debra K. Sutton
INSURANCE COMPANY,                          Scott C. James

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in session:       9:10 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the court and counsel regarding **Plaintiffs' Motion to Amend Scheduling Order to Extend Deadline for Leave to Supplement Pleadings** [Doc. No. 17], reasons for the extension, and Defendant's opposition.

For the reasons stated on the record, it is

**ORDERED:**        *Plaintiffs' Motion to Amend Scheduling Order to Extend Deadline for Leave to Supplement Pleadings* [Doc. No. 17, filed 1/14/2014] is **GRANTED.**

                  The deadline for amending Plaintiff's Complaint is extended to **March 1, 2014** to expand the prayer for relief to include a request for punitive damages.  The court notes that is the only basis for which the deadline is extended and no further amendments will be permitted.

Discussion held regarding a discovery dispute between the parties with respect to reaching an agreement on a protective order and the court's concerns with Plaintiffs' discovery requests and Defendant's objections.

The court notes if counsel want the court to strictly apply the rules, it will strictly apply Rules 26(g) and 37(a)(5).  If the court finds either side has committed a violation, it will *sua sponte* impose sanctions.

**ORDERED:** A Discovery Conference on all outstanding discovery issues is set for **Friday, February 14, 2014 at 3:30 p.m.**  Plaintiffs and general counsel for Defendant are to be **physically present**.

The court notes if counsel are able to work together to resolve their issues and can determine a way to move forward in a cooperative and efficient manner before the hearing, the parties may contact chambers to vacate the Discovery Conference.

Plaintiffs' counsel requests clarification from the court regarding its statement that Plaintiffs' discovery requests are overbroad.  Discussion between the court and counsel regarding narrowing the requests and the relevance and production of the Excel Development Manual Casualty being requested by Plaintiff.

HEARING CONCLUDED.
**Court in recess:**     **10:09 a.m.**
Total time in court:     00:59

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.