IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-01986-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:              April 18, 2014 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                  *Counsel:*

KIMBERLY CARPENTER, *et al.*,                    Richard M. Kaudy

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL                       Debra K. Sutton
INSURANCE COMPANY,                                 Scott C. James

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in Session:      1:33 p.m.**
Court calls case.  Appearances of counsel.

The court addresses counsel regarding the pending motions on the docket.

Discussion between the court and Plaintiffs' counsel regarding **Plaintiffs' Opposed Motion to Compel Discovery** and his failure to comply with the court's practice standards with respect to discovery disputes.

**ORDERED:**         *Plaintiffs' Opposed Motion to Compel Discovery* [Doc. No. 52, filed 4/14/2014] is **DENIED without prejudice**.

The court addresses Defense counsel regarding their responses to Plaintiffs' discovery requests and notes some objections violate Rule 26(g).  Counsel for Defendant advises they will review their responses and take appropriate action to ensure they are in compliance.

The court moves next to **Plaintiffs' Motion to Amend Pleadings to Include Prayer for Punitive Damages** [Doc. No. 29].

Counsel for each side present oral argument.

The court makes findings and cites case law relied upon.  For the reasons stated on the record, it is

**ORDERED:**     *Plaintiffs' Motion to Amend Pleadings to Include Prayer for Punitive Damages* [Doc. No. 29, filed 2/29/2014] is **GRANTED**.

Plaintiff shall file an Amended Complaint **no later than Wednesday, April 23, 2014**.

The court informs the parties that only a ruling from the bench will issue, no written order will follow, and therefore the amount of days to file an objection should be calculated from today's date.

Argument and discussion held regarding **Defendant's Motion Regarding the Confidentiality of American Family Trade Secret Documents Produced in Discovery** [Doc. No. 34]

Discussion held regarding the parties' protective order and if any substantive differences exists between the documents in question and the documents in the public domain in a separate case. Counsel for Plaintiffs withdraws his opposition to Doc. No. 34.

**ORDERED:**     In light of Defense counsel's withdrawal of his objection, the court finds *Defendant's Motion Regarding the Confidentiality of American Family Trade Secret Documents Produced in Discovery* [Doc. No. 34, filed 3/13/2014] is now **MOOT**.

Discussion held regarding **Defendant's Motion Restrict Access to Plaintiff's Motion to Compel and Exhibits 4-5 and 8-13 and Request for Forthwith Ruling** [Doc. No. 54].

The court notes the documents which are the subject of Doc. No. 54 shall **REMAIN** restricted pursuant to the Local Rule until the *Motion to Restrict Access* is fully briefed and decided.

The court notes going forward, counsel will be **REQUIRED** to disclose to opposing counsel any document, originating from either side, that it intends to file 24 hours in advance of that filing as part of their meet and confer obligation.

Discussion between the court and the parties regarding an issue related to the scheduling of depositions of roundtable participants.

**ORDERED:**     Defense counsel shall respond to the Plaintiffs with dates for which those individuals are available for depositions **by 5:00 p.m. on April 21, 2014.**

The court notes it is not precluding any party from making appropriate objections or from their rights they may otherwise have under Rule 26. If further issues remain regarding the scheduling of depositions, the court will set the matter for a hearing and require all parties to be physically present.

HEARING CONCLUDED.
**Court in recess**:     **3:27 p.m.**
Total time in court:     01:54

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.