**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01986-REB-CBS

KIMBERLY CARPENTER, and
KENNETH CARPENTER,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

**ORDER OF DISMISSAL TO THE
OCTOBER 30, 2012 CLAIM, ONLY**

**Blackburn, J.**

    The matter is before the court on the **Stipulated Motion To Dismiss The October 30, 2012 Claim Without Prejudice** [#82][1] filed June 13, 2014.  After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiff's "October 30, 2012" claim against the defendant should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion To Dismiss The October 30, 2012 Claim Without Prejudice** [#82] filed June 13, 2014, is **GRANTED**;

    2.  That plaintiff's "October 30, 2012" claim against the defendant is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs that

---

[1] "[#82]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

are associated with this discreet claim; and

    3.  That by **June 30, 2014**, the parties shall file a joint status report identifying the claims that remain pending in this action.

    Dated June 16, 2014, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge