IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 13-cv-01986-REB-CBS          Date: September 4, 2014
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

*Parties:*                                 *Counsel:*

KIMBERLY CARPENTER,                        Richard Kaudy
KENNETH CARPENTER,                         Cajardo Lindsey

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE,   Scott James
                                    Aaron Goldman

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:  MOTIONS HEARING**
**Court in session: 01:55 p.m.**
Court calls case.  Appearances of counsel.

The Court addresses Plaintiff's Second Motion to Amend Scheduling Order to Supplement Rule 26(a)(2) Disclosures [96].

**ORDERED:**      Plaintiff's Second Motion to Amend Scheduling Order to Supplement Rule 26(a)(2) Disclosures [96] is **DENIED.**

The Court addresses Defendant's Motion to Exclude Expert Testimony of Robert Dietz Pursuant to Fed. R. Evid. 702 [89].  The Court asks counsel if they view this motion as a dispositive motion.  Defense counsel does not view this as a dispositive motion.  Plaintiff's counsel views this motion as a dispositive motion.

Plaintiff's counsel retracts opinion about Defendant's Motion to Exclude Expert Testimony as being a dispositive motion.

The Court recommends defense counsel withdraw Defendant's Motion to Exclude Testimony of Robert Dietz Pursuant to Fed. R. Evid. 702 [89] and that Plaintiff provide a supplemental report regarding the specific opinions they intend to illicit from Robert Dietz's report.

**ORDERED:**    A Telephonic Status Conference is set for September 8, 2014 at 11:30 a.m. to discuss whether defense counsel is withdrawing their Motion to Exclude Expert Testimony of Robert Dietz Pursuant to Fed. R. Evid. 702 [89].

Plaintiff's counsel must provide a supplemental report regarding the specific opinions they intend to illicit from Robert Dietz's report by 12:00 p.m. on September 10, 2014.

Plaintiff's Motion to Compel Discovery of John Haberland [102] is **DENIED.**  This ruling is made from the bench and the time in which to file an objection starts from today's date.

HEARING CONCLUDED.

**Court in recess: 03:22 p.m.**
Total time in court: 01:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.