IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 13-cv-01986-REB-CBS         Date: September 8, 2014
Courtroom Deputy: Amanda Montoya         FTR – Reporter Deck-Courtroom A402

*Parties:*                                *Counsel:*

KIMBERLY CARPENTER,                       Richard Kaudy
KENNETH CARPENTER,                        Cajardo Lindsey

Plaintiff,

v.

AMERICA FAMILY MUTUAL                     Jackie Booker
INSURANCE COMPANY,

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONIC STATUS CONFERENCE**
**Court in session: 11:30 a.m.**
Court calls case.  Appearances of counsel.

Ms. Booker makes oral Motion to withdraw Defendant's Motion to Exclude Expert Testimony of Robert Dietz Pursuant to Fed.R.Evid. 702 [89].

**ORDERED:**  Defendant's oral Motion if **GRANTED**.  Defendant's Motion to Exclude Expert Testimony of Robert Dietz Pursuant to Fed.R.Evid. 702 [89] is **WITHDRAWN.**

Plaintiff's counsel must provide a supplemental report regarding the specific opinions they intend to illicit from Robert Dietzs report by 12:00 p.m. on September 10, 2014.

Mr. Kaudy addresses withdrawing Kenneth Carpenter's claims with prejudice.  The Court instructs Mr. Kaudy to file a stipulation to dismiss these claims.

Hearing Concluded.

**Court in recess: 11:34 a.m.**
Time in court: 00:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.