**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01986-REB-CBS

KIMBERLY CARPENTER, and
KENNETH CARPENTER,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

---

## ORDER DISMISSING KENNETH CARPENTER

---

**Blackburn, J.**

      The matter is before the court on the **Unopposed Motion To Dismiss Kenneth Carpenter Claims With Prejudice** [#116][1] filed September 30, 2014.  After reviewing the motion and the record, the court has concluded that the motion should be granted and the claims of plaintiff, Kenneth Carpenter, against defendant, American Family Mutual Insurance Company, should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Unopposed Motion To Dismiss Kenneth Carpenter Claims With Prejudice** [#116] filed September 30, 2014, is **GRANTED**;

      2.  That the claims of plaintiff, Kenneth Carpenter, against defendant, American Family Mutual Insurance Company, are **DISMISSED WITH PREJUDICE**, with each of

---

[1] "[#116]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

the affected parties to pay its own attorney fees and costs; and

   3.  That plaintiff, Kenneth Carpenter, is **DROPPED** as a named party to this

action, and the case caption is amended accordingly.

   Dated October 1, 2014, at Denver, Colorado.

                              **BY THE COURT:**

                              Robert E. Blackburn
                              United States District Judge