# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-01986-REB-CBS

KIMBERLEY CARPENTER

     Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY

     Defendant.

## ORDER FOR STATUS REPORTS

**Blackburn, J.**

     This matter is before the court on the **Defendant's Motion To Continue Trial** [#121][1] filed October 6, 2014. Having considered the motion, the response [#124], and the reply [#125], I direct each party to file a status report to provide the court with the information necessary to determine the appropriate resolution of the motion to continue.

     On or before Friday, October 17, 2014, the plaintiff shall file a status report in which the plaintiff shall state the latest date on which the plaintiff can begin trial within the trial days currently set on the calendar of the court. The court is aware that the plaintiff has scheduled her witnesses to conclude testimony by November 5, 2014. *Response* [#124], p. 4. However, the court must determine if it is possible for the plaintiff to present her witnesses, including expert witnesses, later in the extant window of trial time.

---

[1] "[#121]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

On or before Friday, October 17, 2014, the defendant shall file a status report indicating the number of trial days the defendant needs to present its defense, including the testimony of Dr. Rauzzino, and the earliest date on which the defendant can begin to present evidence. The court is aware that Dr. Rauzzino is not available to testify before November 24, 2014.

**THEREFORE, IT IS ORDERED** as follows:

1. That on or before Friday, October 17, 2014, the plaintiff shall file a status report in which the plaintiff shall state the latest date on which the plaintiff can begin trial within the trial days currently set on the calendar of the court, including a brief statement of the reasons why a later setting cannot be reasonably accommodated; and

2. That on or before Friday, October 17, 2014, the defendant shall file a status report in which the defendant shall state the number of trial days the defendant needs to present its defense, including the testimony of Dr. Rauzzino, and the earliest date on which the defendant can begin to present evidence.

Dated October 14, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

.