IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01986-JLK

KIMBERLEY CARPENTER,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## STIPULATED FORM OF JUDGMENT

---

Pursuant to the Court's December 11, 2015 Order, the interest calculations agreed to by the parties are as follows:

| | |
|---|---|
| Portion of UIM claim subject to interest per Court's Order | $155,000 |
| **Accrual date of UIM claim subject to interest per Court's Order:** | **Jun 30, 2013** |
| Date Complaint filed | June 24, 2013 |
| Date Judgment entered | December 15, 2015 |
| Interest Rate | 8% |
| Simple Interest – none claim accrued after lawsuit filed | $ 0 |
| Compounded Interest from June 30, 2013 – June 30, 2014 | $ 12,400 (#1 below) |
| Compounded Interest from June 30, 2014 – June 30, 2015: | $ 13,392 (#2 below) |
| Compounded Interest from June 30, 2015 – Dec 30, 2015: | $ 6537.40 (#3 below) |
| **Total interest on UIM claim per Court's Order:** | **$ 32,329.40(#4 below)** |
| | |
| **Judgment bad faith claim:** | **$936,030** |
| Accrual date of bad faith claim per Court's Order: | October 31, 2011 |
| Date Complaint filed: | June 24, 2013 |
| Date Judgment entered: | December 15, 2015 |
| Simple Interest from October 31, 2011 – June 24, 2013: | $138,711 (#5 below) |
| Compounded Interest from June 24, 2013 – June 24, 2014: | $ 96,727 (#6 below) |
| Compounded Interest from June 24, 2014 – June 24, 2015: | $ 105,432 (#7 below) |
| Compounded Interest from June 24, 2015 – Dec 15, 2015: | $ 55,099 (#8 below) |
| **Total interest on bad faith claim per Court's Order:** | **$395,969 (#9 below)** |

## UIM Claim Interest Calculations

1. Interest from June 30, 2013 – June 30, 2014 = $12,400

   $155,000 x 8% = $12,400 / 365 ($33.97 a day)

2. Interest from June 30, 2014 – June 30, 2015: **$ 13,392**

   Compounded amount as of June 30, 2014: $155,000 + $12,400 = $167,400

   365 days

   $167,400 x 8% = $ 13,392 / 365 ($)

3. Interest from June 30, 2015 – December 15, 2015: **$6537.40**

   Compounded amount as of June 30, 2014: $167,400 + $13,392 = $180,792

   $180,792 x 8% = $14,463.30 / 365 ($39.62 a day)

   June 30, 2015 – December 15, 2015 = 165 days

   $45.41 x 168 = $6537.40

4. **Total prejudgment interest on $155,000 portion of UIM claim: $32,329.40.**

**The total judgment on the breach of contract claim, with moratory interest, is $532,329.40, with daily interest on the judgment accruing at $45.41 until satisfied, with post-judgment interest as provided by law.**

**Bad Faith Non-economic Damages Claim Interest Calculation**

5. Interest between October 31, 2011 and June 24, 2013: **$138,711**

    $936,030 x 9% = $84,242.70 / 365 days = $230.80 a day

    61 days in 2011, 365 days in 2012, 175 days in 2013 = 601 days

    $230.80 x 601 days = $138,711

6. Interest from June 24, 2013 – June 24, 2014: **$96,727**

    Compounded amount as of June 24, 2013: $936,030 + $138,711 = $1,074,741

    $1,074,741 x 9% = $96,727 / 365 = $265 a day

    $265 x 365 days = $96,727

7. Interest from June 24, 2014 – June 24, 2015: **$105,432**

    Compounded amount as of June 24, 2014: $1,074,741 + $96,727 = $1,171,468

    $1,171,468 x 9% = $105,432 / 365 = $288.85 a day

    $288.85 x 365 days = $105,432

8. Interest from June 24, 2015 – December 15, 2015: **$55,099**

    Compounded amount as of June 24, 2015: $1,171,468 + $105,432 = $1,276,900

    $ 1,276,900 x 9% = $ 114,921 / 365 = $.314.85 a day

    $ 314.85 x 175 days = $55,099

9. **Total prejudgment interest on bad faith claim: $395,969**

    $138,711 + $96,727 + $105,432 + $55,099 = $395,969

**Total Bad Faith Damages with prejudgment interest:** $1,331,999.00, with daily interest accruing at $314.85 until satisfied, and post-judgment interest as provided by law.

10. Total Judgment entered on both claims, exclusive of costs: **$1,864,328.40, with daily interest for each component accruing as set forth above, with post-judgment interest accruing as provided by law.** Per Practice Standards, the plaintiff is directed to file a motion for costs with supporting documents within 14 days of the date of this Order.

**Dated: December 15, 2015**

*/s/ John L. Kane*

**John L. Kane
Senior United States District Judge**