# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Senior Judge John L. Kane

Date: May 4, 2016  
Civil Case No.: 13-cv-01986-JLK

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Kara Spitler

KIMBERLY CARPENTER

    Plaintiff,

v.

AMERICAN FAMILY INSURANCE,

    Defendant.

Richard M. Kaudy  
Cajardo R. Lindsey

Sandy M. Eloranto  
Debra K. Sutton

## COURTROOM MINUTES

**Motions Hearing**

**10:02 a.m.    Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

The Parties reach and state their stipulation pursuant to the Protective Order and Addendum to Protective Order already in full force and effect.

10:03 a.m.    Statement by Ms. Sutton.

10:04 a.m.    Statement by Mr. Kaudy.

**ORDERED:    Defendant's Motion To Seal Plaintiff's Trial Exhibits 47, 49, 50, 51, 52, 53, And 54 (Filed 2/12/16; Doc. No. 196) is DENIED as MOOT.**

Further comments by the Court.

**10:06 a.m.    Court in recess.**  
Hearing concluded.  
Total in-court time: 00:04